USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shi Ming Chen,

                      Plaintiff,

-against-

Canteen 82, Inc. et al.,

                      Defendant.

1:20-cv-04324 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    As no Defendant has yet appeared in this action, it is hereby Ordered that the Initial Pretrial Conference scheduled for Tuesday, September 29, 2020 at 10:00 a.m. shall proceed as a telephone conference to discuss the status of this action. At the scheduled time, the parties (or, if no defendants have appeared, only the plaintiff) shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               September 24, 2020

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge