```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shi Ming Chen,

               Plaintiff,

-against-

Canteen 82, Inc. et al.,

               Defendants.

1:20-cv-04324 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference today, for which only Plaintiff appeared, it is hereby Ordered that, no later than Tuesday, October 20, 2020, Plaintiff shall seek Certificates of Default from the Clerk of Court with respect to those Defendants that have not appeared as of that date.

**SO ORDERED.**

DATED:    New York, New York
             September 29, 2020

_____
STEWART D. AARON
United States Magistrate Judge