UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHI MING CHEN, GENG LIJUN,

                Plaintiffs,

- against -

CANTEEN 82 INC. (d/b/a CANTEEN 82);
STEAM NOODLE HOUSE, INC. (d/b/a STEAM); STEAMER DUMPLING HOUSE INC. (d/b/a STEAMER RESTAURANT); ALLEN LI; YEH P. CHING; SONG ZHEN,

                Defendants.

**ORDER**

20 Civ. 4324 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that Plaintiffs shall move for default judgment no later than **November 27, 2020**. Plaintiffs are directed to consult Attachment A of this Court's Individual Rules of Practice in Civil Cases for the procedures to move for a default judgment.

Dated: New York, New York
       October 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge